### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| MICHAEL NIXON, individually and on behalf of all others similarly situated, | Civil Action File No. 1:17-CV-00791-RWS |
| Plaintiff, | |
| vs. | |
| ACTION STAFFING SOLUTIONS, LLC; KAMAL BHATIA; and MANSI ANAND; | |
| Defendants. | |

## [~~PROPOSED~~] ORDER

The above-styled case is before the Court on Plaintiff's Motion for Review and Approval of Settlement and Release Agreement. Plaintiff has requested that the Court review and approve the Parties' proposed Settlement Agreement because it includes a release of claims arising under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* The Court has reviewed the proposed Settlement Agreement and finds that it is a fair and reasonable resolution of the Parties' dispute. Accordingly, Plaintiff's Motion is **GRANTED** and the Parties' Settlement Agreement and Release is **APPROVED** and incorporated herein.

IT IS SO ORDERED, this _8th_ day of _May_ 2017.

-- 2 --

_____
HON. RICHARD W. STORY
JUDGE, U.S. DISTRICT COURT